UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MARIUS W. AUGUSTE,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     Civil Action No.
                                  )     **12 0925**
SUPERIOR COURT OF THE             )
DISTRICT OF COLUMBIA,             )
                                  )
          Defendant.              )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed *in forma pauperis* and a *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that, on January 31, 2007, he filed in the Superior Court of the District of Columbia a post-conviction motion for correction of sentence. To date, he states, the Superior Court has not yet ruled on the motion. He asks this Court to issue a writ of mandamus compelling the Superior Court to rule on the pending post-conviction motion. This Court has no such jurisdiction, and declines to intervene in a matter pending before the Superior Court. *See, e.g., Mooreman v. U.S. Bank, N.A.*, No. 10-1219, 2010 WL 2884661, at *1 (D.D.C. July 10, 2010); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995).

Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 5/31/12          _____
                       United States District Judge

(N)